**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Priority
Send  X
Enter
Closed
JS-5/JS-6  X
JS-2/JS-3
Scan Only

Case No. CV00-11959-LGB(MANx)        Date: April 9, 2002

Title: *PERFECT 10, INC. v. BRAINSTORM SOFTWARE, INC.; ET AL.*

===

PRESENT:

    HON. LOURDES G. BAIRD, JUDGE

        Catherine M. Jeang                  Not Present
          Deputy Clerk                      Court Reporter

[ENTERED CLERK, U.S. DISTRICT COURT — APR 10 2002 — CENTRAL DISTRICT OF CALIFORNIA — DEPUTY]

ATTORNEYS FOR PLAINTIFFS          ATTORNEYS FOR DEFENDANTS

    NOT PRESENT                             NOT PRESENT

PROCEEDINGS:   (IN CHAMBERS)

The Court is in receipt of Plaintiff's Response to Order to Show Cause and Request for Dismissal Without Prejudice filed on April 5, 2002. Based on Plaintiff's filing, the above-referenced matter is HEREBY DISMISSED WITHOUT PREJUDICE.

---

✓ Docketed
✓ Copies / NTC Sent
✓ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

cc: Counsel

MINUTES FORM 11
CIVIL - GEN                                                        Deputy Clerk